IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ELLIS, JR.,<br>    Plaintiff,<br><br>    v.<br><br>BERKS COUNTY POLICE DEPARTMENT,<br>*et al.,*<br>    Defendants. | :<br>:<br>:<br>:  Civil No. 5:21-cv-01874-JMG<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 7th day of May, 2021, upon consideration of Plaintiff William Ellis, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) with additional exhibits (ECF No. 4), **IT IS HEREBY ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915;

2. The Complaint is **DEEMED** filed;

3. The Complaint is **DISMISSED with prejudice** for the reasons set forth in the accompanying Memorandum;

4. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge